1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TRIMONT LAND COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendants. | CASE NO. 2:17-CV-00322-JAM-EFB<br><br>Hon. Judge John A. Mendez<br><br>**ORDER APPROVING JOINT STIPULATION TO STAY ACTION** |

The Court has read and considered the Joint Stipulation by and between plaintiff TRIMONT LAND COMPANY ("Trimont") and defendants ACE AMERICAN INSURANCE COMPANY ("ACE") and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union") to stay this action while the Parties participate in a mediation scheduled for October 18, 2017.

For the reasons stated in the Joint Stipulation, the Declaration of David B. Goodwin, and for good cause shown, the Court hereby approves the Joint Stipulation and grants the relief requested as follows:

1.      This action shall be stayed, which stay, absent further extension for

good cause subject to Court approval, shall expire on October 19, 2017;

2.    The Parties may stipulate to additional stays of this action beyond October 19, 2017, as warranted and subject to Court approval;

3.    The Parties' Rule 26(f) conference shall be conducted within 14 days of the expiration of the stay or at such later date as the Court may set;

4.    Initial Disclosures pursuant to Rule 26 shall be due 30 days after the Rule 26(f) conference; and

5.    The Court shall set a Scheduling Conference 35 days following expiration of the stay, or on a date thereafter which the Court selects.

IT IS SO ORDERED this 14th day of July, 2017.


/s/ JOHN A. MENDEZ
John A. Mendez
United States District Court Judge