**1**
**2**
**3**
**4**
**5**
**6**
**7**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| TRIMONT LAND COMPANY, | CASE NO. 2:17-CV-00322-JAM-EFB |
|---|---|
| Plaintiff, | Hon. Judge John A. Mendez |
| vs. | |
| ACE AMERICAN INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | **ORDER APPROVING JOINT STIPULATION TO EXTEND STAY OF ACTION** |
| Defendants. | |

The Court has read and considered the Joint Stipulation to Extend Stay of Action, by and between plaintiff TRIMONT LAND COMPANY and defendants ACE AMERICAN INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. to stay this action while the Parties participate in a mediation that has been rescheduled for November 20, 2017.

For the reasons stated in the Joint Stipulation, in the papers submitted in favor of the stay entered in this action on July 14, 2017, and for good cause shown, the Court hereby approves the Joint Stipulation to Extend Stay of Action and grants the

1

relief requested as follows:

1. This action shall be stayed, which stay, absent further extension for good cause subject to Court approval, shall expire on November 21, 2017;

2. The Parties may stipulate to additional stays of this action beyond November 21, 2017, as warranted and subject to Court approval;

3. The Parties' Rule 26(f) conference shall be conducted within 14 days of the expiration of the stay or at such later date as the Court may set;

4. Initial Disclosures pursuant to Rule 26 shall be due 30 days after the Rule 26(f) conference; and

5. The Court shall set a Scheduling Conference 35 days following expiration of the stay, or on a date thereafter which the Court selects.

**IT IS SO ORDERED** this 17th day of October, 2017.


/s/ John A. Mendez\_\_\_
Hon. John A. Mendez