DAVID B. GOODWIN (Bar No. 104469)
Email: dgoodwin@cov.com
REBECCA A. JACOBS (Bar No. 294430)
Email: rjacobs@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Tel: (415) 591-6000
Fax: (415) 955-6091

Attorneys for Plaintiff
TRIMONT LAND COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRIMONT LAND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendants. | Case No. 2:17-CV-00322-JAM-EFB<br><br>Hon. Judge John A. Mendez<br><br>**STIPULATION AND ORDER TO DISMISS CASE** |

Whereas the parties to this action have entered into a settlement of their disputes, it is hereby stipulated, by and between Plaintiff Trimont Land Company and Defendants ACE American Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., through their respective counsel, that the above-captioned action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs.

Dated: January 19, 2018　　　　　COVINGTON & BURLING LLP


By: */s/ David B. Goodwin*
　　　David B. Goodwin

*Attorneys for Plaintiff*
TRIMONT LAND COMPANY

Dated: January 19, 2018　　　　　MORALES FIERRO & REEVES


By: */s/ Christine Fierro*
　　　Ramie Morales
　　　Christine Fierro

*Attorneys for Defendant*
ACE AMERICAN INSURANCE COMPANY

Dated: January 19, 2018　　　　　HEROLD & SAGER


By: */s/ Brandon A. Howerton*
　　　Brandon A. Howerton

*Attorneys for Defendant*
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa.

# ORDER DISMISSING ACTION

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: January 19, 2018

>By **/s/ JOHN A. MENDEZ**
>John A. Mendez
>United States District Court Judge